UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENISE STRIPLING**,<br>　　　　Plaintiff,<br>　　v.<br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.**,<br>　　　　Defendants. | Case No.  14-cv-02606-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　The Case Management Conference in this matter set for October 27, 2014, is **CONTINUED** to **Monday,** January 12, 2015 at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Dated: October 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**