UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENISE STRIPLING**, <br>              Plaintiff, <br>    v. <br> **REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.**, <br>              Defendants. | Case No. 14-cv-02606-YGR <br><br> **ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On October 14, 2014, Defendant Regents of the University of California filed a motion to dismiss this lawsuit. (Dkt. No. 11.) If the Court grants that motion and dismisses this lawsuit, the lawsuit will be over and the Plaintiff, Ms. Stripling, will have lost.

The hearing on Defendant's motion to dismiss is now scheduled for **November 25, 2014, at 2:00 p.m. in Courtroom 5 at the Federal Courthouse, 1301 Clay Street, Oakland, California.** Under this Court's Civil Local Rule 7-3(a), Ms. Stripling was required to file either a brief opposing the motion to dismiss her lawsuit, or a notice that she does not oppose dismissal.[1] Ms. Stripling's papers were due on October 28, 2014. As of the date of this Order, Stripling has not filed anything. As a result, the Court is considering dismissing her lawsuit for "failure to prosecute," that is, a failure to meet deadlines and keep the lawsuit moving forward.

The Court hereby **VACATES** the November 25, 2014 hearing and extends Ms. Stripling's time to file her papers. **Ms. Stripling shall file an opposition to the Motion to Dismiss no later than November 17, 2014. Failure to file an opposition by that date will result in dismissal of this lawsuit for failure to prosecute.** Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c). If necessary, the Court

---

[1] The Court's Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil

1  may reset the hearing on the motion.

2  The Court further notes that Stripling may seek assistance at the Court's Legal Help
3  Center.  The Legal Help Center may assist persons who do not have lawyers if they make an
4  appointment.  The Legal Help Center's phone number is (415) 782-8982 and its website is
5  http://cand.uscourts.gov/helpcentersf.

6  **IT IS SO ORDERED.**

7  Dated: November 3, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**