UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENISE STRIPLING,**<br><br>            **Plaintiff,**<br><br>      vs.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA,** *et. al.***,**<br><br>            **Defendants.** | Case No.  14-cv-02606-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| MANDATORY SETTLEMENT CONFERENCE COMPLETED BY: | April 1, 2016 |
| CASE MANAGEMENT CONFERENCE: | April 11, 2016 at 2:00 p.m.[1] |
| FACT DISCOVERY CUTOFF: | April 29, 2016 |
| DISPOSITIVE MOTIONS TO BE HEARD BY: | June 21, 2016 (filed by May 17, 2016) |
| EXPERT DISCLOSURES: | August 15, 2016 (opening)<br>August 30, 2016 (rebuttal) |
| EXPERT DISCOVERY CUTOFF: | September 15, 2016 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | October 7, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | October 14, 2016 |

---

[1] The Court notes that plaintiff Denise Stripling failed to appear at the Case Management Conference held on October 19, 2015.  Plaintiff is reminded of her obligation to appear at further conferences, hearings, and all other Court settings in this case.

| PRETRIAL CONFERENCE: | October 28, 2016 at 9:00 a.m. |
|---|---|
| TRIAL DATE: | November 7, 2016 at 8:30 a.m. (7-10 days) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. The compliance hearing on Friday, October 7, 2016 at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 26, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**