UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DENISE STRIPLING,<br><br>    Plaintiff,<br><br>    v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 4:14-cv-02606-YGR (LB)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE**<br><br>Re: ECF No. 67 |

The parties have a settlement conference set for March 22, 2016. The settlement statements omit the following information required by the court's order regarding the content of statements. (*See* ECF No. 67.) The court orders that the information must be provided by 2:00 p.m. on March 18, 2016. Counsel may email the information to the court's orders box at lbpo@cand.uscourts.gov.

**Plaintiff** did not make a demand and must do so.

**Defendants** must respond to Plaintiff's demand by 5:00 p.m. on March 21, 2016 and must simultaneously notify the court.

**IT IS SO ORDERED.**

Dated: March 17, 2016

                                                      LAUREL BEELER
                                                      United States Magistrate Judge

ORDER (No. 4:14-cv-02606-YGR)