UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENISE STRIPLING**,<br>    Plaintiff,<br><br>        v.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA**, ***et al.***,<br>    Defendants. | Case No. 14-cv-2606-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the further settlement conference set by Magistrate Judge Beeler, the Court hereby **CONTINUES** the Case Management Conference currently set for April 11, 2016 to **July 25, 2016** on the Court's 2:00 p.m. calendar. Pursuant to Local Civil Rule 16-9 the parties shall file their Case Management Statements no later than July 18, 2016.

**IT IS SO ORDERED.**

Dated: April 5, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**