United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DENISE STRIPLING**,<br><br>   Plaintiff,<br><br>   v.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA**, *et al.*,<br><br>   Defendants. | Case No.  14-cv-2606-YGR<br><br>**ORDER ON PLAINTIFF'S MOTION TO EXTEND DISCOVERY; REFERRING CASE TO MAGISTRATE JUDGE WESTMORE FOR DISCOVERY CONFERENCE; SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 78 |

Currently pending before the Court is plaintiff Denise Stripling's motion to extend the discovery period for 135 days.  (Dkt. No. 78.)  Defendants oppose, requesting that the Court instead stay discovery pending resolution of the settlement conference before Magistrate Judge Beeler.  (Dkt. No. 79.)  Have carefully considered the papers, and for good cause shown, plaintiff's request is hereby **GRANTED IN PART** and defendants' request is **DENIED**.

Pursuant to Local Rule 72-1 the Court **REFERS** this case to Magistrate Judge Westmore to conduct a discovery conference to resolve outstanding issues and assist the parties in drafting a discovery plan.  The parties shall complete depositions by the end of the summer.  Within five business days after the conference with Magistrate Judge Westmore, the parties shall file JOINTLY: (i) a detailed discovery plan, and (ii) a proposed revised case schedule which the Court shall consider.

The Court also **SETS** a Compliance Hearing regarding the parties' filing of a detailed discovery plan and proposed revised case schedule to be held on **Friday, June 3, 2016** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  No later than May 27, 2016, the parties shall file either: (a) a detailed discovery plan and proposed revised case schedule; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off

calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

This Order terminates Docket Number 78.

**IT IS SO ORDERED**.

Dated: April 21, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc:  Magistrate Judge Westmore ; MagRef Email