UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENISE STRIPLING**, <br> Plaintiff, <br> v. <br> **REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,** <br> Defendants. | Case No. 14-cv-02606-YGR <br><br> **REVISED CASE MANAGEMENT AND PRETRIAL ORDER** |

In light of the parties' joint detailed discovery plan and proposed revised case schedule (Dkt. No. 96), the Compliance Hearing set for July 22, 2016 and the Case Management Conference set for July 25, 2016 are **VACATED**. The case schedule is **AMENDED** as follows:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| DEFENDANTS' RESPONSES TO PLAINTIFF'S SET ONE INTERROGATORIES DUE: | July 18, 2016 |
| DEFENDANTS' RESPONSES TO PLAINTIFF'S SET TWO (THREE) INTERROGATORIES DUE: | August 8, 2016 |
| LAST DAY TO SERVE INTERROGATORIES: | November 15, 2016 |
| NON-EXPERT DISCOVERY CUTOFF: | December 15, 2016 |
| SUMMARY JUDGMENT AND *DAUBERT* MOTIONS TO BE HEARD BY: | February 28, 2017 (filed by January 15, 2017) |
| EXPERT DISCLOSURES: | March 15, 2017 (opening) <br> March 31, 2017 (rebuttal) |
| EXPERT DISCOVERY CUTOFF: | April 15, 2017 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | April 21, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 1, 2017 |
| INITIAL PRETRIAL CONFERENCE: | May 15, 2017 at 9:00 a.m. |
| TRIAL DATE: | June 19, 2017 at 8:30 a.m. (7-10 days) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. The compliance hearing on April 21, 2017 at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 19, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**