GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
MARIA M. LAMPASONA, State Bar No. 259675
mlampasona@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
JOHN PLOTTS, MICHAEL BADE and CRAIG PETERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENISE STRIPLING,<br><br>            Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, A public entity, JOHN PLOTTS, Individually, MICHAEL BADE, Individually, CRAIG PETERSON, Individually,<br><br>            Defendants. | Case No. 14-cv-2606-YGR<br><br>**DEFENDANTS' STATEMENT REGARDING STATUS OF SETTLEMENT; REQUEST FOR CONTINUANCE OF DECEMBER 23, 2016 COMPLIANCE HEARING**<br><br>Date:     December 23, 2016<br>Time:    9:01 a.m.<br>Courtroom: 1<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Action Filed: June 6, 2014 |

Defendants Plotts, Bade and Peterson submit this statement in response to this Court's November 22, 2016 order (Document 102) setting a Compliance Hearing Re: Settlement. The parties have reached a settlement and a fully executed settlement agreement and release has been submitted to the University of California, Office of the President and UCSF for the required review, authorization to release University funds and instructions to the Third Party Administrator to issue the settlement check. Defendants and the internal University defense team have been working diligently to complete the review and authorization process. However, in light of the Thanksgiving Holiday and other internal scheduling conflicts, the review and approval process, which is extensive for every settlement, has just been completed and it is anticipated that the

settlement check will be issued and received by defense counsel by Tuesday, December 20, 2016. Accordingly, in an abundance of caution, Defendants respectfully request that the Court continue the compliance hearing for two weeks, to January 6, 2017 in order to allow sufficient time for the check to be negotiated by Plaintiff and for the parties to submit a Federal Rules of Civil Procedure, Rule 41(a)(1) Stipulation and Proposed Order of Dismissal prior to the next Compliance filing deadline.

Dated: December 16, 2016

LOMBARDI, LOPER & CONANT, LLP

By: *GayLynn Kirn Conant*
GAYLYNN KIRN CONANT
Attorneys for Defendants
JOHN PLOTTS, MICHAEL BADE and
CRAIG PETERSON